# EXHIBIT A



# Town of Weare

Selectmen's Office
15 Flanders Memorial Road
Weare, NH 03281
(603) 529-7535
www.weare.nh.gov

Naomi L. Bolton
Town Administrator

**Selectmen:**
Frederick W. Hippler, Chairman
Benji Knapp, Vice Chair
Sherry M. Burdick
Salim Blume
Kevin J. Cahill

October 23, 2023
Howard Kooligian
217 Colby Road
Weare, NH 03281

### CEASE AND DESIST

This notice is a Cease and Desist on your property at 217 Colby Road.
You are to immediately stop any assembly regarding Grace New England Church.
This Cease and Desist will remain in effect until a site plan is submitted, reviewed and there is a decision made by the Town Planning Board.
If you choose not to comply with this Cease and Desist the following penalties will apply.

ARTICLE 9
### 9.1 PENALTY & ENFORCEMENT:
The Board of Selectmen or its designee shall enforce the provisions of this ordinance and shall recover reasonable attorney's fees as well as all other costs where they prevail. Notification of Violation shall be by Certified Mail - Return Receipt Requested. Non-conforming uses must be brought into conformity within a thirty (30) day period after notification. A penalty of two hundred seventy-five dollars ($275.00) per day will be assessed to non-conformity after the thirty (30) day period. Any person who shall violate any provision of this ordinance shall pay a civil fine of not more than $275.00 for the first offense and $550.00 for subsequent offenses each day that such violation is found by a Court to continue after the conviction date or after the date on which the violator receives written notice from the Town that he is in violation of this ordinance, whichever date is earlier. (Amended 3-10-2009)

Regards,

Tony Sawyer

Zoning Officer, Town of Weare