EXHIBIT B



217 Colby Road, Weare, NH 03281

Craig Francisco, Chairman

Planning Board

Town of Weare

15 Flanders Memorial Road

Weare, NH 03281

Aug 23, 2023

Dear Chairman Francisco,

This letter is in response to a cordial visit earlier today by Tony Sawyer, zoning enforcement officer. He stated that our property is zoned residential and we are thus not allowed to hold church services on our property. He provided me a form entitled "planning board application for conceptual or design review" and asked that I submit it to get on the agenda of an upcoming meeting for the planning board. He did not want to get attorneys involved formally. I offered to fill the form out while Mr. Sawyer and I talked, however he declined.

As I reviewed the form, it did not seem appropriate as I've held numerous events on the property without such an application. In fact, earlier this month I had hundreds here for a candidate meet and greet with Robert F. Kennedy Jr., and we used the barn as well as the grounds, and nobody thought that use prohibited. I've held a Bible study here for the past two years, widely promoting it in town, and never discovered there was any problem.

The 2019 Zoning Ordinance posted on your web site, that I assume is currently controlling, has the following located on page 22, "Article 17.2 Residential District: Permitted uses." 17.2.1 "Churches,...." It appears unqualified and with no exceptions or conditions.

Beyond all of that, is our Constitutionally recognized right to a free exercise of religion without interference, or prohibition, from the government. Based upon the founding fathers' wisdom enshrining this as our first liberty, most churches throughout the country started as a small gathering in homes. I'm very proud of our town of Weare, as it clearly understands the purpose of government is "to secure these rights" by recognizing the right to worship in our residences through the current zoning ordinance. Of course, this makes sense since no citizen has ever been required to ask permission to worship in our homes. Thus, I respectfully decline to submit the form provided as it would involve the government prohibiting my right to worship in my home.

I looked at the conditional use permit language and it isn't applicable either. A conditional use permit allows one to use property in a manner that is not otherwise permitted as a matter of right. After all, I don't need a conditional use permit to sleep in my bedroom or to eat in my kitchen, since I can do those things as a matter of

right in a residence. Article 17.2.1 explicitly provides "church" as a proper use of my structures in the residential zone that I live in. Thus, as a matter of right a conditional use permit would be inappropriate. Of course, if you have some other form or item to provide for my consideration, please do so. I'm always open to having a conversation.

I became an ordained minister in Grace International earlier this year, and my wife Martha and I answered the call to plant a Grace International affiliated church in the area. As such we have received a Charter Church Certificate from Grace International. We have submitted all our documentation to the New Hampshire Attorney General's office, Charitable Trusts Unit, and received an exemption letter recognizing Grace New England as a church exempt from registration or reporting requirements of that office.

Respectfully,

Pastor Howard Kaloogian,

Enclosures:    Grace International licensed minister credential letter

Grace New England charter church credential letter

New Hampshire Attorney General Charitable Trust Unit Religious Exemption letter