# EXHIBIT D

 

September 30, 2023 Pastor

Howard Kaloogian Grace New

England
217 Colby Road
Weare, NH 03281

Dear Pastor Kaloogian,

The Planning Board discussed your letter dated August 23, 2023, and the use of your property for religious and/or other gatherings. The board is bound to perform duties per various state and town regulations and ordinances.

The Zoning Ordinance defines Applicant as: "APPLICANT: Shall mean any individual, group of individuals, corporation, partnership, association, or any other organization of persons including state and local governments and agencies thereof desiring to construct, assemble or erect any structure for residential, commercial, agricultural, religious, or other purpose anywhere within the Town of Weare."

Also, The Planning Board has authority via the Town of Weare Site Plan Regulations, originally adopted on 09-07-88 and revised through 04-05-16. These Site Plan Regulations state:

Section I:
"Pursuant to the authority vested in the Weare Planning Board by the March 1988 Town Meeting in accordance with the provisions of Chapter 36, Section 19a, New Hampshire Revised Statutes Annotated, 1955, as amended (now known as Chapter 674, Section 43, as may be amended from time to time), the Weare Planning Board adopts the following regulations governing the review of non-residential site plan, multifamily development and residential condominiums, whether or not such development includes a subdivision or re-subdivision of the site. These regulations shall be known as the "Site Plan Review Regulations, Town of Weare, New Hampshire."

Section II: The purpose of these regulations is stated as
    A. Protect the public health, safety, welfare and prosperity.
    C. Guard against such conditions that would involve danger or injury to health, safety or prosperity by reason of:
    1. inadequate drainage or conditions conducive to flooding of the property or that of another;
    2. inadequate protection for the quality of groundwater;
    3. undesirable and preventable elements of pollution such as noise, smoke, soot, light, particulates, or any other discharge into the environment which might detrimentally affect persons, structures or adjacent properties;

4. inadequate provision for fire safety, prevention and control;
5. vehicular (motorized and non-motorized) and pedestrian movements and controls;
6. excessive burden on public or private facilities and services.

Section III goes on to explain that the Planning Board shall have the responsibility for making the final decision as to the necessity of Site Plan Review.

The board has determined that you will need to apply for a Site Plan to continue these gatherings.

Sincerely,

Craig A. Francisco, Chair Weare
Planning Board