# EXHIBIT F

**Thursday, February 8, 2024 at 12:00:19 Eastern Standard Time**

| | |
|---|---|
| **Subject:** | RE: [External] Grace New England |
| **Date:** | Friday, October 27, 2023 at 2:04:28 PM Eastern Daylight Time |
| **From:** | Tony Sawyer |
| **To:** | Jeremy Dys |
| **CC:** | pm@marblaw.com, Ryan Gardner, Camille Varone, Board Members |
| **Attachments:** | image001.png, image004.png, image002.jpg |

Mr. Dys,

The Cease and Desist at 217 Colby Road is temporary lifted.  We will follow up next week after consulting with Town Counsel.
Thank you.

Regards,



**Tony Sawyer**
Zoning Enforcement
Town of Weare
15 Flanders Memorial Road
Weare, NH 03281
**Phone** 603-529-7586
**Web** www.weare.nh.gov
**Email** Tsawyer@wearenh.gov

---

**From:** Jeremy Dys <jdys@firstliberty.org>
**Sent:** Friday, October 27, 2023 12:47 PM
**To:** Tony Sawyer <tsawyer@wearenh.gov>
**Cc:** pm@marblaw.com; Ryan Gardner <rgardner@firstliberty.org>; Camille Varone <cvarone@firstliberty.org>; Board Members <boardmembers@wearenh.gov>
**Subject:** Re: [External] Grace New England

After this was sent, I realized I inserted an errant "s" in addressing Mr. Sawyer.  I apologize for the error and inadvertent, unintentional typo.

**Jeremy Dys**
Senior Counsel
Chair, Religious Institutions
Practice Group
jdys@firstliberty.org



**First Liberty Institute**
*Religious Liberty for All Americans*

o. 469-440-7585
f. 972-941-4457

2001 W Plano Pkwy
Suite 1600
Plano, TX 75075
FirstLiberty.org
CONFIDENTIALITY NOTICE:
This electronic mail message and any accompanying documents contain information belonging to the sender which is confidential and legally privileged. This information is intended only for the use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (972-941-4444) to advise me that you received it. Thank you. PRIVILEGED AND CONFIDENTIAL - ATTORNEY CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT

---

**From:** Jeremy Dys <jdys@firstliberty.org>
**Date:** Friday, October 27, 2023 at 11:36 AM
**To:** tsawyer@wearenh.gov <tsawyer@wearenh.gov>
**Cc:** pm@marblaw.com <pm@marblaw.com>, Ryan Gardner <rgardner@firstliberty.org>, Camille Varone <cvarone@firstliberty.org>, boardmembers@wearenh.gov <boardmembers@wearenh.gov>
**Subject:** Grace New England

Mrs. Sawyer,

Please see the attached letter, a hard copy of which will follow in the mail.  Please note that we have requested your response by no later than 5:00p today.  We appreciate your immediate attention to this matter.


**Jeremy Dys**
Senior Counsel
Chair, Religious Institutions Practice Group
jdys@firstliberty.org



**First Liberty Institute**
*Religious Liberty for All Americans*

o. 469-440-7585

f. 972-941-4457

2001 W Plano Pkwy  
Suite 1600  
Plano, TX 75075  
FirstLiberty.org  
CONFIDENTIALITY NOTICE:  
This electronic mail message and any accompanying documents contain information belonging to the sender which is confidential and legally privileged. This information is intended only for the use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (972-941-4444) to advise me that you received it. Thank you. PRIVILEGED AND CONFIDENTIAL - ATTORNEY CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT