# EXHIBIT I

**howard@gracenewengland.org**

| | |
|---|---|
| **From:** | howard@gracenewengland.org |
| **Sent:** | Monday, January 29, 2024 2:51 PM |
| **To:** | BoardMembers@WeareNH.gov |
| **Cc:** | kaloogian@gmail.com |
| **Subject:** | item for the board meeting |
| **Attachments:** | Attachments listed in e-mail note to Board of Selectmen dated Jan 29, 2024.pdf |

January 29, 2024

Electronically submitted to: BoardMembers@WeareNH.gov

To: Weare Board of Selectmen
Frederick Hippler, Chairman
Benji Knapp, Vice Chairman
Sherry Burdick, member
Salim Blume, member
Janice Mathews, member

There is an onerous threat by town staff and unelected subordinates regarding my homestead and my freedom of religion conducted there. I am writing to inform each of you of the activities and demands being made by those who operate under your oversight as the elected officials of our town, including your attorney who has threatened to file a lawsuit against me.

My wife Martha and I have lived in the community since May 2015 and are involved in a number of community activities including hosting various community gatherings at our home. We love the historic scenery of our community including our home and barn which date back over 200 years. We have developed friendships and love our life here in New England, the historic birthplace of Christianity in North America, where our liberties were purchased at great sacrifice.

We are people of deep religious faith and have strong convictions regarding our Natural Law rights protected constitutionally, starting with the First Liberty, freedom of religion to worship as we choose, free from imposed restrictions and control of the state, as our forefathers were subjected to in England. Our core convictions are reflected in our state motto…"Live Free or Die." As you probably know, General John Stark's full original toast is "Live free or die. Death is not the greatest of evils." Some things have always been worth fighting for, even to the death. My religious freedom is one such right.

You can imagine how shocked we were when your employee, Mr. Tony Sawyer, Zoning Code Enforcement Officer, made an unannounced appearance at our home representing all of you as the town elected leaders. He informed me that the small group of citizens who gather at our home for worship would not be allowed to continue without the filing of certain papers that would allow the town to approve or disapprove of our worship. He then volunteered he was an avowed atheist, but that his beliefs had no bearing on restricting our freedom to worship in our home.

I responded to that visit in writing, a copy of that letter is attached to this note, declining to subject my religious expression to the town approval. That was followed by a letter (attached) from the town planning board chairman, Craig Francisco, informing us that our freedom to worship at our home would be restricted to the dictates of the town through a site-plan review, if allowed at all. Until then, all "gatherings" are to end. Then Mr. Tony Sawyer threated to impose a $500/day fine through a cease and desist order (attached) if our religious meetings continue without compliance to the town's approval. At this point I engaged a law firm to respond to the city, my attorney Jeremy Dys,

1

wrote to Mr. Tony Sawyer (letter attached) demanding the cease and desist be withdraw immediately. It was rescinded, "temporary." (E-mail notice attached.)

I am being told that to conduct an activity at our home that has to do with engaging in our constitutionally protected right of the freedom to worship our God must first be approved by the town even though numerous other community activities that we have hosted over the years had a far larger number of people attend. The town previously placed no such onerous demands upon us until we engaged in religious activity.

Let me state unequivocally that our house and barn are not "church buildings." They are simply a place where the church meets. The Bible makes it clear that the church is not a building, but a group of people who have discovered life changing faith in Jesus Christ. We are exercising our Natural Law right, protected by the First Amendment to the U.S. Constitution, to worship freely as we see fit.

My first question of all of you is if Mr. Sawyer speaks for you as our elected representatives and has made his demands with your blessing?

My next question is exactly what is the town officially demanding of us? Rather than those demands coming from a town employee who is not elected by the citizens, or being told to watch previous town meetings to draw my own conclusions, I am asking for an official response from all of you as our community elected leaders who are responsible for the oversight and actions of the town employees. After all, this has specifically to do with rights guaranteed to us in our constitution.

My last question of each of you is if this is what we want our community to be known for? Do we want to be a community where a local town employee who is a self-avowed atheist makes onerous demands upon upstanding citizens who serve our community in a variety of ways, and are simply gathering in their home to worship their God?

Again, of note is that those same demands have never been made for any other public or private gathering held in our home since we have lived here. Also, of note is that Mr. Sawyer's demands have been followed by the town attorney threatening legal action against us if we do not submit and comply. Respectfully, as this attorney is representing the town, I must assume, unless all of you tell me otherwise, that Mr. Sawyer and the attorney are speaking for you since you are paying both and are our elected leaders charged with the oversight of our community. I sincerely hope that neither Mr. Sawyer nor the attorney is speaking for the Board of Selectmen and that all of this is simply a big misunderstanding and an abuse of power by town subordinates. As a citizen of our community I ask you to correct this prejudicial abuse of power so that this does not happen to anyone else who may be unable to defend themselves.

In the unfortunate event that Mr. Sawyer and the attorney are speaking for the Board of Selectmen, and each of you individually, please provide me with a detailed list approved by all of you of your demands so that I may respond accordingly.

I am sure that those who built our house and barn over 200 years ago would be shocked to discover that their homestead, which is now ours, is now being subjected to the attempts of government to control the very sacred freedoms that the citizens of New Hampshire fought to protect. I am hopeful that all of you will recognize the insidious nature of expanding control, and what it will lead too, once you allow for freedoms we hold dear as Americans to be violated, and that you will withdraw the demands and threats that have been made against us in simply exercising our right to worship our God as we see fit.

I look forward to your reply.

Respectfully…….for freedom,
Howard Kaloogian
217 Colby Road
Weare, NH 03281

Attachments: All the attached correspondence to be made part of the public record for this Board as follows:

Kaloogian letter to Planning Board Chairman Francisco, dated Aug 23, 2023

Planning Board Chairman Francisco letter to Kaloogian, dated Sept 30, 2023

Cease and Desist letter from Tony Sawyer, dated Oct 23, 2023

First Liberty Institute Senior Counsel Jeremy Dys letter to Tony Sawyer, dated Oct 27, 2023

Lifting of the Cease and Desist by Tony Sawyer, dated Oct 27, 2023