**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Grace New England, et al., | \* |
| | \* |
| Plaintiffs, | \* |
| v. | \*    Docket No. 1:24-cv-00041-PB-AJ |
| | \* |
| Weare, NH, Town of, et al., | \* |
| | \* |
| Defendants. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**JOINT MOTION TO STAY**

NOW COME the Parties, by and through their respective counsel, to submit this Joint Motion to Stay, and state as follows:

1. On April 10, 2024, the Court held a scheduling conference in this matter. During the conference, the Court directed the Parties to meet and confer for the purpose of discussing a stay of the litigation to allow time for the Parties to explore possible resolution or, in the alternative, set a schedule for proceeding to the consideration of the merits.

2. On April 16, 2024, counsel for the Parties met and conferred, and agreed as follows:

    a. The case shall be stayed in full for a period of ninety (90) days from the date of the filing of this Joint Motion.

    b. During the duration of the stay, the Defendants agree not to take any enforcement actions against the Plaintiffs related to religious gatherings at Pastor Kaloogian's Home.

    c. The stay shall be a complete stay of the case, including the deadline for the Defendants to file a responsive pleading to the Plaintiffs' Complaint.

1

    d. On or before July 15, 2024, the Parties will notify the Court if the matter has resolved or if further proceedings are needed.

    e. If the case is not resolved prior to the expiration of the stay, the Parties shall either: (a) request an extension of the stay; (b) request a status conference with the Court to set new deadlines for the management of this case; or (c) request such other relief as may be appropriate.

WHEREFORE, the Parties respectfully request that this Honorable Court:

A. Stay this matter in the manner described above; and

B. Grant further relief as justice may require.

Respectfully submitted,

**TOWN OF WEARE, NEW HAMPSHIRE**
**TONY SAWYER**
**CRAIG FRANCISCO**

By Their Attorneys,

**Gallagher, Callahan & Gartrell, P.C.**

Dated: April 17, 2024

*/s/ Robert J. Dietel*
Robert J. Dietel, Esq. (#19540)
Emily C. Goering, Esq. (#268497)
214 North Main Street
Concord, NH  03301
603-545-3613 / 603-545-3613
dietel@gcglaw.com
goering@gcglaw.com

**GRACE NEW ENGLAND**
**PASTOR HOWARD KALOOGIAN**

By Their Attorneys:

Dated: April 17, 2024

*/s/ Phillip E. Marbury*
Phillip E. Marbury (Bar # 267645)
The Law Offices of Marbury & Marbury, PLLC

P.O. Box 2122
Wolfeboro, NH 03894
Tel.: (603) 569-4111
Fax: (603) 941-3180
*pm@marblaw.com*

M. Sean Royall (pro hac vice)
E. Caroline Freeman (pro hac vice)
King & Spalding LLP
1700 Pennsylvania Ave., NW, Suite 900
Washington, D.C. 20006
Tel.: (202) 737-0500
*sroyall@kslaw.com*
*cfreeman@kslaw.com*

Connor R. Brewer (pro hac vice)
King & Spalding LLP
1100 Louisiana, Suite 4100
Houston, TX 77002
Tel.: (713) 751-3254
*cbrewer@kslaw.com*

David J. Hacker (pro hac vice)
Jeremiah G. Dys (pro hac vice)
Ryan Gardner (pro hac vice)
First Liberty Institute
2001 West Plano Parkway
Suite 1600
Plano, TX 75075
Tel.: (972) 941-4444
*DHacker@firstliberty.org*
*JDys@firstliberty.org*
*RGardner@firstliberty.org*

Camille P. Varone (pro hac vice)
First Liberty Institute
1331 Pennsylvania Avenue N.W., Suite 1410
Washington, DC 20004
Tel.: (202) 921-4105
*cvarone@firstliberty.org*

## **CERTIFICATE OF SERVICE**

      I certify that a copy of this filing was served this date via the Court's electronic filing system upon all counsel of record.

Dated:  April 17, 2024           */s/ Robert J. Dietel*
                                                Robert J. Dietel