# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

*****************************************
Grace New England, et al.,              *
                                        *
       Plaintiffs,                *
v.                                      *     **Docket No. 1:24-cv-00041-PB-AJ**
                                        *
Weare, NH, Town of, et al.,             *
                                        *
       Defendants.                *
*****************************************

## JOINT STATUS REPORT

NOW COME the Parties, by and through their respective counsel, to submit this Joint Status Report, and state as follows:

1. On April 17, 2024, the Parties jointly filed a Motion to Stay (ECF No. 31), requesting a period of ninety days for the Parties to confer for the purpose of exploring possible resolution.

2. The Motion to Stay was granted on April 19, 2024, setting a deadline to file a status report on or before July 15, 2024.

3. During the preceding ninety days, the Parties have conferred to explore possible resolution, but have been unsuccessful in reaching an agreement.

4. The Parties intend to proceed with this action and request a status conference with the Court to set new deadlines for the management of this case, including but not limited to setting Defendants' responsive pleading deadline.

WHEREFORE, the Parties respectfully request that this Honorable Court:

   A. Schedule a status conference at the Court's convenience; and

   B. Grant further relief as justice may require.

Respectfully submitted,

**TOWN OF WEARE, NEW HAMPSHIRE**
**TONY SAWYER**
**CRAIG FRANCISCO**

By Their Attorneys,

**Gallagher, Callahan & Gartrell, P.C.**

Dated:  July 15, 2024         */s/ Robert J. Dietel*
                              Robert J. Dietel, Esq. (#19540)
                              Emily C. Goering, Esq. (#268497)
                              214 North Main Street
                              Concord, NH  03301
                              603-545-3613 / 603-545-3613
                              dietel@gcglaw.com
                              goering@gcglaw.com

**GRACE NEW ENGLAND**
**PASTOR HOWARD KALOOGIAN**

By Their Attorneys:

Dated:  July 15, 2024         */s/  Phillip E. Marbury*
                              Phillip E. Marbury (Bar # 267645)
                              The Law Offices of Marbury & Marbury, PLLC
                              P.O. Box 2122
                              Wolfeboro, NH 03894
                              Tel.: (603) 569-4111
                              Fax: (603) 941-3180
                              *pm@marblaw.com*

                              M. Sean Royall (pro hac vice)
                              E. Caroline Freeman (pro hac vice)
                              King & Spalding LLP
                              1700 Pennsylvania Ave., NW, Suite 900
                              Washington, D.C. 20006
                              Tel.: (202) 737-0500
                              *sroyall@kslaw.com*
                              *cfreeman@kslaw.com*

                              Connor R. Brewer (pro hac vice)
                              King & Spalding LLP
                              1100 Louisiana, Suite 4100

Houston, TX 77002  
Tel.: (713) 751-3254  
*cbrewer@kslaw.com*

David J. Hacker (pro hac vice)  
Jeremiah G. Dys (pro hac vice)  
Ryan Gardner (pro hac vice)  
First Liberty Institute  
2001 West Plano Parkway  
Suite 1600  
Plano, TX 75075  
Tel.: (972) 941-4444  
*DHacker@firstliberty.org*  
*JDys@firstliberty.org*  
*RGardner@firstliberty.org*

Camille P. Varone (pro hac vice)  
First Liberty Institute  
1331 Pennsylvania Avenue N.W., Suite 1410  
Washington, DC 20004  
Tel.: (202) 921-4105  
*cvarone@firstliberty.org*

**CERTIFICATE OF SERVICE**

I certify that a copy of this filing was served this date via the Court's electronic filing system upon all counsel of record.

Dated:  July 15, 2024              */s/ Robert J. Dietel*  
                                    Robert J. Dietel