# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

*********************************************
Grace New England, et al.,                                      *
                                                                              *
                          Plaintiffs,                               *
v.                                                                            *          **Docket No. 1:24-cv-00041-PB-AJ**
                                                                              *
Weare, NH, Town of, et al.,                                   *
                                                                              *
                          Defendants.                            *
*********************************************

## PROPOSED SCHEDULING ORDER

NOW COME the Parties, by and through their respective counsel, and submit the following proposed scheduling order:

1.      On July 24, 2024, a scheduling conference was held with the Court. As discussed at the conference, and reflected in the Court's minute entry issued on July 25, 2024, the Parties agreed to meet and confer regarding a proposed scheduling order. The Parties subsequently met and conferred on August 5, 2024, through counsel, and propose the following deadlines:

- Defendants' Responsive Pleading Deadline: August 21, 2024
- Initial Disclosures:                                      September 16, 2024
- Amendment of Pleadings:                          September 30, 2024
- Joinder of Additional Parties:                      September 30, 2024
- Completion of Discovery:                           January 31, 2025
- Motions for Summary Judgment:                February 28, 2025
- Proposed Jury Trial Period:                         July 8, 2025 trial period
  (*a jury trial is requested*)                         or thereafter.

2.      It is the Parties' understanding that this proposed scheduling order is to be submitted in lieu of a discovery plan under Fed. R. Civ. P. 26(f). However, the parties are prepared to incorporate the above into a discovery plan if instructed to do so by the Court.

WHEREFORE, the Parties respectfully request that this Honorable Court:

A.  Issue a scheduling order adopting the above proposed deadlines; and

B.  Grant further relief as justice may require.

Respectfully submitted,

**TOWN OF WEARE, NEW HAMPSHIRE**
**TONY SAWYER**
**CRAIG FRANCISCO**

By Their Attorneys,

**Gallagher, Callahan & Gartrell, P.C.**

Dated:  August 7, 2024                    */s/ Robert J. Dietel*
                                          Robert J. Dietel, Esq. (#19540)
                                          Emily C. Goering, Esq. (#268497)
                                          214 North Main Street
                                          Concord, NH  03301
                                          603-545-3613 / 603-545-3613
                                          dietel@gcglaw.com
                                          goering@gcglaw.com

**GRACE NEW ENGLAND**
**PASTOR HOWARD KALOOGIAN**

By Their Attorneys:

Dated:  August 7, 2024                    */s/ Phillip E. Marbury*
                                          Phillip E. Marbury (Bar # 267645)
                                          The Law Offices of Marbury & Marbury, PLLC
                                          P.O. Box 2122
                                          Wolfeboro, NH 03894
                                          Tel.: (603) 569-4111
                                          Fax: (603) 941-3180
                                          *pm@marblaw.com*

                                          M. Sean Royall (pro hac vice)
                                          E. Caroline Freeman (pro hac vice)
                                          King & Spalding LLP
                                          1700 Pennsylvania Ave., NW, Suite 900
                                          Washington, D.C. 20006

Tel.: (202) 737-0500
*sroyall@kslaw.com*
*cfreeman@kslaw.com*

Connor R. Brewer (pro hac vice)
King & Spalding LLP
1100 Louisiana, Suite 4100
Houston, TX 77002
Tel.: (713) 751-3254
*cbrewer@kslaw.com*

David J. Hacker (pro hac vice)
Jeremiah G. Dys (pro hac vice)
Ryan Gardner (pro hac vice)
First Liberty Institute
2001 West Plano Parkway
Suite 1600
Plano, TX 75075
Tel.: (972) 941-4444
*DHacker@firstliberty.org*
*JDys@firstliberty.org*
*RGardner@firstliberty.org*

Camille P. Varone (pro hac vice)
First Liberty Institute
1331 Pennsylvania Avenue N.W., Suite 1410
Washington, DC 20004
Tel.: (202) 921-4105
*cvarone@firstliberty.org*

## **CERTIFICATE OF SERVICE**

I certify that a copy of this filing was served this date via the Court's electronic filing system upon all counsel of record.

Dated:  August 7, 2024                    */s/ Robert J. Dietel*
                                          Robert J. Dietel