# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Grace New England, et al., | \* |
| | \* |
| Plaintiffs, | \* |
| v. | \*  Docket No. 1:24-cv-00041-PB-AJ |
| | \* |
| Weare, NH, Town of, et al., | \* |
| | \* |
| Defendants. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANTS' SUPPLEMENTAL APPENDIX
## TO MOTIONS FOR SUMMARY JUDGMENT

Defendants, the Town of Weare, New Hampshire, Craig Francisco, and Tony Sawyer, by and through counsel, Gallagher, Callahan & Gartrell, P.C., hereby submit this Supplemental Appendix in conjunction with their Objection to Plaintiffs' Motion for Summary Judgment and Supporting Memorandum of Law.[1]

## INDEX OF EXHIBITS

| Exhibit | Title | PDF Page No. |
|---|---|---|
| JJ | May 10, 2018 Planning Board Meeting Minutes | 487 |

---

[1] Defendants submitted an appendix in conjunction with their Motion for Summary Judgment and Supporting Memorandum of Law. For ease of reference, Defendants have presented additional documentation to pick up with exhibit lettering and page numbering where the initial appendix left off.

1

Defendants' MSJ 487

# EXHIBIT JJ
## May 10, 2018 Planning Board Meeting Minutes

<u>D R A F T</u>

WEARE PLANNING BOARD
May 10, 2018
MEETING MINUTES

**Present**:  Bruce Fillmore, Jr. (vice chairman), Chuck Bolton, Jack Meany (ex officio), and Neal Kurk (secretary).  Also present:  Chip Meany, Code Enforcement Officer

## I.  CALL TO ORDER

Mr. Fillmore called the meeting to order at 7:00 p.m.

## II.  STONE WALL REMOVAL

Katie Henderson asked the Board for a positive recommendation to the Board of Selectmen to remove 25 feet of stone wall parallel to Flanders Memorial Drive (map 407 . lot 77) to allow the installation of a second driveway at her home at No. 367.  After a presentation and questions from Board members, Mr. Kurk moved, seconded by Mr. Meany, that the Board recommend to the Board of Selectmen permission be granted for the removal of 25 feet of stone wall starting 260 feet from the western property line, with the stone to be placed on fallen portions of the existing wall parallel to the road.  Motion adopted.

## III.  CONCEPTUAL REVIEW: EVENT VENUE

Howard and Martha Kaloogian of 217 Colby Road (map 412, lot 12) asked for the Board's view on a proposed use of the barn adjacent to their home as an event venue.  They proposed to use the barn for that purpose for six months a year, renting space only and not providing food or beverages.  The maximum number of people in the barn would be 300, which was the maximum number the fire chief told them the barn could safely hold.  They indicated they had parking for 50 . 100 cars in their back field, with an additional 30 space on their side lawn.  Overflow would be by valet service at Safely Store.  The Board determined such a use was not allowed in the residential zone in which their property is located and suggested they request a variance from the ZBA.

## IV.  CONCEPTUAL REVIEW: ROOM RENTALS

    Janice Perry on behalf of the Perry Family Revocable Trust, owner of a horse farm at 402 Old Francestown Rd. (map 411, lot 319), asked for the Board's view of a plan to rent three existing rooms, each with its own bathroom, in a building connected to the homestead. After a presentation by Ms. Perry and questions from the Board, it was determined that the use constituted agritourism, as defined in RSA 21:34-a, II(b)(5), and was allowable without further approval by the Board.

## V.  APPROVAL OF MINUTES

    Mr. Bolton moved, seconded by Mr. Fillmore, that the minutes of the April 26th meeting be approved. The motion carried.

## VI. ADJOURNMENT

    The meeting adjourned at 8:05 p.m.

                  Respectfully submitted,

                   Neal M. Kurk, Secretary