Craig A Francisco                                    January 29, 2025
King and Spalding - Pro Bono

Page 1

```
 1                                    VOLUME:    I
                                      PAGES:     1-112
 2                                    EXHIBITS:  18-20
 3                  UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
 4                  CIVIL ACTION NO. 1:24-cv-41
 5    _____
 6    GRACE NEW ENGLAND; and PASTOR          )
 7    HOWARD KALOOGIAN,                      )
 8              Plaintiffs,                  )
 9              vs.                          )
10    TOWN OF WEARE, NEW HAMPSHIRE;          )
11    TONY SAWYER, in his individual         )
12    and official capacities; and           )
13    CRAIG FRANCISCO, in his individual     )
14    and official capacities,               )
15              Defendants.                  )
16    _____)
17                  DEPOSITION CRAIG A. FRANCISCO,
18    called as a witness by and on behalf of the
19    Plaintiffs, pursuant to the applicable provisions
20    of the Federal Rules of Civil Procedure, before P.
21    Jodi Ohnemus, RPR, RMR, CRR, CA-CSR #13192, NH-LSR
22    #91, and MA-CSR #123193, at Gallagher Callahan &
23    Gartrell, 214 N. Main Street, Concord, New
24    Hampshire, on Wednesday, 29 January, 2025,
25    commencing at 12:32 p.m.
```

Page 92

1    New Hampshire Municipal Association's view of --
2         A.   Oh, quite a bit.
3         Q.   Quite a bit?
4         A.   Yeah.
5         Q.   Okay.  So I would like you to turn to page
6    24 of this document.  Okay.  I think you can see
7    that this is about the statute we've been talking
8    about.
9              Is that fair to say?
10        A.   Yes.
11        Q.   So I guess it's fair to say that in
12   October 2023 that this was an issue that was
13   highlighted by the New Hampshire Municipal
14   Association to -- to all of the municipalities in
15   New Hampshire?
16        A.   I wouldn't say issue.
17        Q.   Well, it changed the law, let's say --
18        A.   Okay.
19        Q.   -- a new law?
20        A.   Okay.  Yes.
21        Q.   And if you read this -- it's not a memory
22   test, but does this appear to be the statutory
23   language that we talked about before?
24        A.   Yes.  Appears to be.
25        Q.   Okay.  Let's turn to page 25.  And feel

Page 93

```
 1    free to take a moment to read that.
 2         A.   (Witness reviews document.)
 3         Q.   Let me know when you've had a chance to
 4    fully read it.
 5         A.   (Witness reviews document.)  Okay.
 6         Q.   So based on this do you think -- is it
 7    fair to say that the view of this organization --
 8    the -- the New Hampshire Municipal Association --
 9    that their view is that under this RSA 674:76, what
10    it means is that, when presented with a proposal
11    for a primary religious purpose, regulation is
12    dramatically constrained?
13              Do you think that's a fair summary?
14         A.   That's what it says.
15         Q.   Yeah.  Do you agree or disagree with that
16    view of the statute?
17         A.   I think this piece of paper says exactly
18    what I've been saying the whole time -- if you look
19    down at the bottom line.
20         Q.   Uh-huh.  How so?
21         A.   Driveway permit, septic standards still
22    apply.  Safety regulations continue to apply for
23    driveway permit, septic standards, etcetera, just
24    like it says here.  Like I've been saying all day.
25         Q.   Yeah.  Okay.  And is driveway -- is a
```

Page 94

1  driveway permit -- I guess, is that something that
2  goes through the zoning code, or is that a building
3  code issue where you get a building code permit?
4       A.   There is a chapter in the zoning ordinance
5  that states what is required to get a driveway
6  permit.  It goes to the building inspector.  I
7  believe it's the building inspector.  Does not go
8  to the planning board.
9       Q.   Okay.
10      A.   Can I ask a dumb question?
11      Q.   I'll try.
12      A.   Since I've been saying for a year and a
13 half or so that the only thing I'm worried about is
14 septic standard, driveway permits, and parking, and
15 this says right here that those regulations still
16 apply, why are we here?  'Cause I could have done a
17 site plan for this place for less than 5 grand, and
18 I know this is costing a lot more than that.
19      Q.   Fair question.
20      A.   You're not going to answer my question,
21 are you?
22      Q.   Why do you --
23           MS. GOERING:  I will interject here --
24           THE WITNESS:  I'm very frustrated.  Can
25 you tell?

Page 109

```
 1                    C E R T I F I C A T E

 2

 3              I, CRAIG A. FRANCISCO, do hereby

 4    certify that I have read the foregoing transcript

 5    of my testimony and further certify that said

 6    transcript (with/without) suggested corrections is

 7    a true and accurate record of said testimony.

 8

 9              Dated this 7th day of February, 2025.

10

11

12

13                     [signature: Patricia Jude Onema]

14

15                     CRAIG A. FRANCISCO

16

17

18

19

20

21

22

23

24

25
```

Page 110

1                    C E R T I F I C A T E
2
3              I, Patricia Jodi Ohnemus, a Licensed
     Shorthand Reporter for the State of New Hampshire,
4    do hereby certify that the foregoing is a true and
     accurate transcript of my stenographic notes of the
5    proceeding taken at the place and on the date
     hereinbefore set forth to the best of my skill and
6    ability under the conditions present at the time.
7              I further certify that I am neither
     attorney or counsel for, nor related to or employed
8    by any of the parties to the action in which this
     proceeding was taken, and further that I am not a
9    relative or employee of any attorney or counsel
     employed in this case, nor am I financially
10   interested in this action.
11             The foregoing certification of this
     transcript does not apply to any reproduction of
12   the same by any means unless under the direct
     control and/or direction of the certifying
13   reporter.
14
     Under Federal Rule 30:
15
     X       Reading and Signing was requested.
16           Reading and Signing was waived.
             Reading and Signing was not requested.
17
18
19
20           *Patricia Jodi Ohnemus* (signature)
21
22
             Patricia Jodi Ohnemus
23           LCR #91, CA-CSR #13192,
             MA-CSR #123193, RMR, RPR, CRR
24
25