30(b)(6) Naomi L. Bolton                              January 29, 2025
King and Spalding - Pro Bono

```
                                                            Page 1

 1                                    VOLUME:    I
                                      PAGES:     1-135
 2                                    EXHIBITS:  13-17
 3            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW HAMPSHIRE
 4             CIVIL ACTION NO. 1:24-cv-41
 5   _____
 6   GRACE NEW ENGLAND; and PASTOR         )
 7   HOWARD KALOOGIAN,                     )
 8              Plaintiffs,                )
 9                vs.                      )
10   TOWN OF WEARE, NEW HAMPSHIRE;         )
11   TONY SAWYER, in his individual        )
12   and official capacities; and          )
13   CRAIG FRANCISCO, in his individual    )
14   and official capacities,              )
15              Defendants.                )
16   _____)
17              DEPOSITION OF THE TOWN OF WEARE BY
18   NAOMI L. BOLTON, called as a witness by and on
19   behalf of the Plaintiffs, pursuant to the
20   applicable provisions of the Federal Rules of Civil
21   Procedure, before P. Jodi Ohnemus, RPR, RMR, CRR,
22   CA-CSR #13192, NH-LSR #91, and MA-CSR #123193, at
23   Gallagher Callahan & Gartrell, 214 N. Main Street,
24   Concord, New Hampshire, on Wednesday, 29 January
25   2025, commencing at 9:02 a.m.
```

Page 58

1     MR. BREWER:  Want to take a five-minute
2  break?
3     MS. GOERING:  Yeah.  That sounds great.
4     (Recess was taken.)
5     Q.   I think you've hit on this in good detail,
6  but just to have a clear record:  Can you, in a few
7  sentences, describe what the purpose of the site
8  plan review regulations are?
9     A.   Yeah.  Well, it's -- you know, the purpose
10 is stated there for nonresidential multifamily,
11 condominium for -- they go through the process, you
12 know, but it does talk about that in the first
13 paragraph.  I mean, when it was adopted in March of
14 '88.
15    Q.   And who determines whether site plan
16 review is necessary?  Is that the zoning
17 administrator --
18    A.   Yeah.
19    Q.   -- or zoning officer?
20    A.   Typically it is.
21         And I will tell you that, you know, Tony
22 came to us from a different world, part-time,
23 looking for a job.  We needed somebody other than
24 me.  So I tried to get him to, you know, read,
25 learn, figure it out.  A lot of times he'd say,

1   "I'm little unsure."
2         And I said, "Well, a sure bet is send them
3   to planning board.  It doesn't cost anything.  Send
4   them for a conceptual."
5         And then he would come or he would watch
6   the meeting 'cause we YouTube everything live, and
7   that's how he was learning.
8         So I always said, "When you're unsure,
9   send it their way.  They're the ones who created
10  this," and so they would have more of the intent;
11  and then they can decide, no, it fits.  Let them
12  go.  We want to see them for a full one because of,
13  you know, parking, safety, fire.  Whatever.
14        So a sure bet was always in that direction
15  if you were unsure, which is what I'm doing today.
16     Q.   Is the town's position that one of the
17  reasons a site plan review may be required is where
18  there's a change in use in their property?
19     A.   Uh-huh -- yes.
20     Q.   What is the town's definition of what is a
21  change of use?
22     A.   Well, may I -- I don't know that we have
23  one.
24     Q.   Yeah, we're more than happy to look at
25  the --

Page 60

```
 1        A.    Okay.
 2        Q.    -- I believe it's --
 3        A.    And you're looking in zoning or are you
 4   looking in site plan?
 5        Q.    Looks like -- are you looking for the site
 6   plan review regulations?
 7        A.    Well, you're asking site plan --
 8        Q.    Yes, I am.
 9        A.    -- so --
10              Okay.  I don't think it's defined in here.
11        Q.    Do you have that one in front of you?
12              MS. GOERING:  I don't think we do.
13              Naomi, do you need a copy of the site
14   plan?
15        A.    I don't think they have definitions.
16   That's the only thing.  I don't think it -- it lays
17   out the procedure how you get there, but it's
18   usually defined here, meaning -- change of use is
19   not defined here.
20        Q.    Got it.
21              So the definition may be in the zoning
22   ordinance, but it's laid out -- the procedure --
23        A.    Right.
24        Q.    -- in the site plan review regulations?
25        A.    Correct.
```

```
 1                    C E R T I F I C A T E
 2
 3              I NAOMI L. BOLTON, do hereby certify
 4      that I have read the foregoing transcript of my
 5      testimony and further certify that said transcript
 6      (with/without) suggested corrections is a true and
 7      accurate record of said testimony.
 8
 9              Dated this 7th day of February, 2025.
10
11
12
13                      [signature]
14
15                      NAOMI L. BOLTON
16
17
18
19
20
21
22
23
24
25
```

1                    C E R T I F I C A T E

3          I, Patricia Jodi Ohnemus, a Licensed
   Shorthand Reporter for the State of New Hampshire,
4  do hereby certify that the foregoing is a true and
   accurate transcript of my stenographic notes of the
5  proceeding taken at the place and on the date
   hereinbefore set forth to the best of my skill and
6  ability under the conditions present at the time.
7          I further certify that I am neither
   attorney or counsel for, nor related to or employed
8  by any of the parties to the action in which this
   proceeding was taken, and further that I am not a
9  relative or employee of any attorney or counsel
   employed in this case, nor am I financially
10 interested in this action.
11         The foregoing certification of this
   transcript does not apply to any reproduction of
12 the same by any means unless under the direct
   control and/or direction of the certifying
13 reporter.
14
   Under Federal Rule 30:
15
   X        Reading and Signing was requested.
16          Reading and Signing was waived.
            Reading and Signing was not requested.
17
18
19
20              [signature: Patricia Jodi Ohnemus]
21
22
                Patricia Jodi Ohnemus
23              LCR #91, CA-CSR #13192,
                MA-CSR #123193, RMR, RPR, CRR
24
25