

November 7, 2025

The Honorable Paul J. Barbadoro
United States District Court for the District of New Hampshire
55 Pleasant Street
Concord, NH 03301-3941
*via FedEx and email (Jennifer_Bartlett@nhd.uscourts.gov)*

    Re:   *Grace New England v. Town of Weare, New Hampshire*, 1:24-cv-00041-PB-AJ

Dear Judge Barbadoro,

Following the court's encouragement at oral argument that the parties continue their efforts to resolve the dispute short of judicial intervention, Plaintiffs have reinitiated efforts to obtain a waiver of the site plan review.

Previously, Plaintiffs submitted a request that the Town of Weare apply §674.76 to waive any site plan/change of use requirements. *See* Pl. MSJ Exhibit 11. In response, the Planning Board requested the Plaintiffs submit to a "conceptual review." *See* https://www.weare.nh.gov/sites/g/files/vyhlif5161/f/minutes/pb_09.26.24_draft.pdf. The Town scheduled the Plaintiffs for a conceptual hearing, placing their request on the Board's agenda for October 24, 2024 and requesting that the Plaintiffs fill out a "conceptual form" prior to that meeting. *See* Pl. MSJ Exhibit 12. Without further guidance from the Town as to what constitutes a conceptual hearing, the Plaintiffs were reluctant to proceed or fill out the requested paperwork and instead appealed the request for a conceptual meeting to the Zoning Board of Adjustments. On December 12, 2024, the Zoning Board "**DENIED** the request to waive the site plan/change of use review requirements . . . due to lack of jurisdiction." *See* Pl. MSJ Exhibit 13.

The Plaintiffs considered that the final and formal denial of its requested waiver. However, at the Court's encouragement, the Plaintiffs have reviewed the Town's policies anew and submitted the attached/enclosed "conceptual form" requested of our client ahead of the November 13, 2025 hearing, requesting that the Planning Board place upon the agenda for consideration the Plaintiffs' renewed request to waive any site plan/change of use requirements relative to the use of its property for its religious gatherings.

The Honorable Paul J. Barbadoro<br>
Page 2 of 2

The Plaintiffs, if not the parties jointly, will notify the Court timely upon the Town's disposal of the Plaintiffs' renewed request and therefore requests that the Court stay any ruling on the cross motions for summary judgment until the Planning Board has acted upon the Plaintiffs' waiver request.

Respectfully,

Jeremiah G. Dys,<br>
Counsel for Plaintiffs

CC:  All Counsel of Record (by email delivery).

Enclosures